IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL G. TRUJILLO

      Plaintiff,

vs.                                                             CIV 1:10-0197-RB-GBW

BOARD OF COMMISSIONERS,
Taos County, New Mexico, JULIA
J. VALERIO, Taos County Manager,
individually and in her official capacity.

## ORDER

This matter is before the Court on Defendant Board of Commissioners' Motion to Extend Time to File Motion to Compel Discovery. *Doc. 29.* The matter is fully briefed and the Court sees no need for a hearing. *Docs. 30, 31.*

Defendant seeks an extension to file any motions to compel until December 17, 2010. *Doc. 31.* The Court finds the motion well-taken.

WHEREFORE, IT IS ORDERED that Defendant Board of Commissioners shall have until December 17, 2010 to file any motions to compel discovery.

_____
UNITED STATES MAGISTRATE JUDGE